IN THE SUPREME COURT OF THE STATE OF MONTANA



FILED

06/15/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 06-0422

IN RE PETITION OF KATHLEEN L.
SMITHGALL

ORDER

FILED

JUN 1 5 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Kathleen L. Smithgall has petitioned for 1) leave to file a late application to sit for the July 2021 Montana Bar Examination, 2) waiver of the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE), and 3) for temporary admission pending her taking of the bar exam.

Smithgall is seeking to work as an Assistant Solicitor General in the office of the Montana Attorney General, and is currently working as a law clerk to the Solicitor General. Smithgall received an offer of employment in that office after the registration deadline for the July 2021 administration of the Montana Bar Exam. Previously, Smithgall petitioned for either waiver of the bar admission requirement that an applicant shall have passed the UBE within three years for purposes of admission upon transfer, or granting of temporary or provisional admission pending completion of the process of admission upon motion. Under the Rules of Admission, the Court was unable to grant either request, and denied the petition. *See In re Petition of Kathleen L. Smithgall*, Order, May 25, 2021.

This petition establishes good cause for submission of a late application to sit for the July 2021 exam. However, it is the Court's understanding, informally confirmed by the State Bar, that it is now too late for an applicant to complete the administrative prerequisites to qualify for the July 2021 testing. If that is correct, Smithgall would not be able to qualify to take the exam until the administration in February 2022.

We have granted temporary or provisional admission to qualified applicants pending their passage of the bar exam. As we explained in *Petition of Gosch*, "[t]emporary admission until sitting for the bar exam may be appropriate in circumstances where a candidate does not qualify for admission on motion or for transfer of a UBE score." *Petition of Gosch*, 07-0303, *March 7, 2016*. As Smithgall notes, we granted temporary admission to the previous Solicitor pending his passage of the bar exam. *In the Matter of*

*the Temporary Admission to Practice of Dale Schowengerdt*, 07-00303, October 29, 2014. David M.S. Dewhirst, Solicitor General, has submitted an affidavit in which he states that granting temporary admission to Smithgall would advance the interests of the State, and that he would supervise Smithgall's work pending permanent admission. As explained above, it is possible that Smithgall will not be able to sit for the bar exam until February 2022, and thus would require temporary admission until then. While this is a significant amount of time, Smithgall is in the unique position, explained in our previous order, of not being able to qualify under the Rules for admission either by score transfer or upon motion until December of 2022. Smithgall has established good cause for temporary admission until taking the bar exam, whether in July 2021 or in February 2022.

Lastly, Smithgall requests waiver of the three-year test requirement for the Multistate Professional Responsibility Examination (MPRE). By rule, applicants for admission upon examination must provide evidence of the requisite score on an MPRE taken within three years of sitting for the Montana bar exam. Rule VII.A.3, Rules of Admission. According to the petition, Smithgall passed the MPRE in 2016, has practiced since December 2017, and "at no time has Petitioner faced any disciplinary or ethical issues." Smithgall has established good cause for waiver. Therefore,

IT IS ORDERED that the Petitioner's request for leave to submit a late application to take the Montana Bar Examination in July 2021 is GRANTED. However, taking the exam at that administration is subject to the timely completion of all exam prerequisites.

IT IS FURTHER ORDERED that the request for waiver of the three-year test requirement for submission of a prior UBE score in conjunction with Petitioner's admission by examination is GRANTED.

IT IS FURTHER ORDERED that the request for temporary admission to the State Bar of Montana pending Petitioner's taking of the bar exam in July 2021 or February 2022 is GRANTED. The Clerk of this Court will administer the usual oath and issue a temporary certificate granting Petitioner permission to practice law. This admission applies only

2

while Petitioner is employed with the Office of the Attorney General, which shall notify the Court if Petitioner ceases to be employed by that office.

The Clerk is directed to provide copies of this order to Petitioner and to the State Bar of Montana.

DATED this 15 day of June, 2021.

_____
Chief Justice

_____

_____

_____

_____

_____
Justices

3